BEACHAM *v.* BRATERMAN ET AL.

No. 404.   Decided October 20, 1969

*Bruce S. Rogow* for appellant.

*Earl Faircloth,* Attorney General of Florida, and *T. T. Turnbull* and *James McGuirk,* Assistant Attorneys General, for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

WHIDDON *v.* UNITED STATES

No. 267, Misc.   Decided October 20, 1969

*Solicitor General Griswold* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.  The judgment is vacated and the case is remanded to the United States District Court for the Eastern District of Texas for resentencing.  *Prince* v. *United States,* 352 U. S. 322, and *Heflin* v. *United States,* 358 U. S. 415.